# UNITED STATES DISTRICT COURT

## Western District of Missouri

*JUDGMENT IN A CIVIL CASE*

**Susan Larkin**,

       Plaintiff,

  *v.*

ANDREW M. SAUL,
Acting Commissioner of Social Security

       Defendant.

Case Number:   6:19-cv-03063-WJE

\_    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED –the decision of the Commissioner is affirmed.

ENTERED ON:  October 22, 2019

                          PAIGE WYMORE-WYNN
                          Court Clerk

                          *A. Geiser*

                          (By) Deputy Clerk